No. 98–9844.  PASSEE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–9846.  THOMAS *v.* DURHAM, SHERIFF, CLEBURNE COUNTY, ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 98–9847.  HILDWIN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 98–9848.  ATAYANTS *v.* UNITED STATES;
No. 98–9895.  MOVSESYANTS *v.* UNITED STATES; and
No. 99–5076.  NAGORNIUK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–9849.  HOOD *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 98–9851.  TIDWELL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 98–9852.  GILBERT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–9853.  HOLMES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–9854.  FRANKS *v.* THOMAS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–9855.  GIBSON *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 8th Cir.  Certiorari denied.

No. 98–9856.  GIVENS *v.* ROULAIN, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 98–9857.  DOUGLAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–9858.  HUTCHING *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–9859.  HAMM *v.* CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION.  C. A. 6th Cir.  Certiorari denied.